UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**BRIAN KENNEDY,** individually on behalf of himself,

    Plaintiff,

vs.

Case No. 2:19-cv-11608
HON. Paul D. Borman

**HIGHLAND FEED & SUPPLY CO,**
a Domestic Profit Corporation, and
**MICHAEL J. MAHER,** Individually,

    Defendants.

___

## STIPULATED ORDER FOR DISMISSAL OF PLAINTIFF'S COMPLAINT

This matter having come before the Court upon the stipulation and agreement of the parties, through their respective counsel of record, as indicated below, indicating that the Court should enter the following Order For Dismissal Of Plaintiff's Complaint; and, the Court otherwise being fully advised in the premises;

IT IS HEREBY ORDERED that the above-captioned cause of action, including both parties claims and counter-claims, is hereby dismissed with prejudice and without costs or attorney fees to either party.

This Order resolves the last pending claim and closes the case.

Date: November 13, 2019

s/Paul D. Borman
HON. PAUL D. BORMAN
United States District Court Judge

Stipulated and Agreed:

| | |
|---|---|
| /s/ Michael N. Hanna | */s/Angela M. Mannarino* |
| MORGAN & MORGAN, P.A. | GASIOREK, MORGAN, GRECO, |
| MICHAEL N. HANNA (P81463) | McCAULEY & KOTZIAN, P.C. |
| HABA K. YONO (P81114) | ANGELA M. MANNARINO (P72374) |
| 2000 Town Center, Suite 1900 | 30500 Northwestern Highway, Ste 425 |
| Southfield, MI 48075 | Farmington Hills, MI 48334 |
| (313) 739-1950/(248) 739-1976 (fax) | (248) 865-0001 / (248) 865-0002 (Fax) |
| mhanna@forthepeople.com | smorgan@gmgmklaw.com |
| hyono@forthepeople.com | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Dated: November 13, 2019